Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13621−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Priscilla A. Stokes
   739 William St.
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−0031

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/20/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 20, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 22-13621-CMG
Priscilla A. Stokes                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                       Page 1 of 2
Date Rcvd: Jul 20, 2022                           Form ID: 148                                      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Priscilla A. Stokes, 739 William St., Trenton, NJ 08610-6105 |
| 519658539 | + | Delaware Title Loans, Inc., 8601 Dunwoody Place Ste. 406, Atlanta, GA 30350, Bankruptcy Legal Department 30350-2550 |
| 519573273 | + | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519573275 | + | Trenton Water Works, 333 Cortland St 2, Trenton NJ 08638-3415 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519656804 | + | Email/Text: bncmail@w-legal.com | Jul 20 2022 20:29:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519576133 | + | EDI: AISACG.COM | Jul 21 2022 00:28:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519634128 | + | EDI: AISACG.COM | Jul 21 2022 00:28:00 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519573271 | + | EDI: GMACFS.COM | Jul 21 2022 00:28:00 | Ally Financial, PO Box 130424, Saint Paul MN 55113-0004 |
| 519573272 | + | EDI: BANKAMER.COM | Jul 21 2022 00:28:00 | Bank of America Mortgage, PO Box 31785, Tampa FL 33631-3785 |
| 519641533 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:09 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519642783 | | EDI: JEFFERSONCAP.COM | Jul 21 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519654929 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519573274 | ^ | MEBN | Jul 20 2022 20:26:21 | PSEG, PO Box 14444, New Brunswick NJ 08906-4444 |
| 519657818 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:09 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519586027 | + | EDI: AIS.COM | Jul 21 2022 00:28:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 148 | Total Noticed: 18 |

| 519655939 | EDI: BANKAMER.COM | | |
|---|---|---|---|
| | | Jul 21 2022 00:28:00 | THE BANK OF NEW YORK MELLON at. el, c/o Bank of America N.A., P.O. Box 31785, Tampa FL 33631-3785 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE HOLDERS OF THE FREMONT HOME LOAN TRUST 1999-3  HOME LOAN ASSET BACKED CERTIFICATES, SERIES 1999-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Priscilla A. Stokes mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4